```
Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
DREW PHILLIPS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-11-00471-DLJ |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING |
| v. ) | OUT-OF-DISTRICT TRAVEL |
| DREW PHILLIPS, ) | |
| Defendant. ) | |

    Upon the request of the defendant, DREW PHILLIPS, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and Pre-Trial Services, and good cause appearing because defendant is attending an employment related trade fair in Las Vegas, Nevada,

    Defendant shall be allowed to travel to Las Vegas, Nevada, in the District of Nevada, from October 12, 2011 to October 16, 2011.  Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in Las Vegas in the District of Nevada in their discretion.

    Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: October 5, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
DREW PHILLIPS

IT IS SO STIPULATED.

Dated: October 5, 2011

/s/
HANLEY CHEW
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

Defendant shall be allowed to travel to Las Vegas, Nevada, in the District of Nevada, from October 12, 2011 to October 16, 2011. Pre-Trial Services shall impose any reasonable conditions upon defendant while he is staying in Las Vegas in the district of Nevada in their discretion.

Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

IT IS SO ORDERED.

Dated: 3218l4233

HON. PAUL S. GREWAL
United States Magistrate Judge
Northern District of California